**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## MEMORANDUM ORDER ON MOTION FOR REHEARING

Appellate case name:     Percy Vernon Rancifer  **V.**  The State of Texas

Appellate case number:    01-11-00497-CR

Date motion filed:       May 28, 2013

Party filing motion:      Appellant

It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Michael Massengale
                         Acting for the Court

Panel consists of: Justice Keyes, Massengale and Brown


Date:  June 7, 2013